IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD HERRING, # 243624, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:11cv1080-TMH |
| ) | (WO) |
| LEON FORNISS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the

ORDER, JUDGMENT, and DECREE of the court that the recommendation of the United States Magistrate Judge entered on July 25, 2013, (doc. # 33), be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 30th day of September 2013.

　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE